# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                     :        Chapter   13

                                          :

Lorine Denise Jones

                                          :

        Debtor                            :        Bankruptcy No. 21-10101-amc

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated January 15, 2021, this case is hereby DISMISSED.

**Date: February 5, 2021**

_____
Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:
    Matrix List of Creditors
    Chapter 13 Plan
    Pro Se Statement
    Statement of Financial Affairs

bfmisdoc